UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD T. COLEMAN, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDOVER SELECT GREGORY, et al., )<br>Defendants. )<br>) | Civil Action No.<br>23-11749-NMG |

ORDER

GORTON, J.

On February 20, 2024, the Clerk was ordered to issue summonses for service of plaintiff's amended complaint on defendants Brian Blaouin, Pete Reming and James Reilly. Doc. No. 13. At that time, the remaining claims against the remaining defendants were dismissed in accordance with the Court's November 13, 2023 Order, pursuant to 28 U.S.C. §1915(e)(2)(B) for failure to state claim on which relief can be granted. Id.

Summonses were issued on February 21, 2024. Doc. No. 15. Because plaintiff is proceeding in forma pauperis, he was advised that he may elect to have the United States Marshals Service ("USMS") complete service of the amended complaint on defendants. Doc. No. 14.

Now before the Court are plaintiff's motion to prevent service of the February 20, 2024 Order, see Doc. No. 16, and

motion for extension until June 21, 2024. See Doc. No. 17. In his motion to prevent service, plaintiff expresses concern that the defendants may provide copies of the Court's order "to the press and social media." Doc. No. 16.

Plaintiff is advised that there is a general right to access public records and documents, including judicial records and documents. Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 597 (1978). Here, because the defendants have not yet been served and have not yet appeared in this action, plaintiff is the only party to be served with a copy of the February 20, 2024 Order. If plaintiff chooses to proceed with this action, he must arrange for service of process so that the defendants can respond to his amended complaint.

If plaintiff chooses not to proceed with this action, he may file a notice of voluntary dismissal. Rule 41 permits a plaintiff to dismiss an action without a court order where the plaintiff files a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i).

Based upon the foregoing, plaintiff's motion (Doc. No. 16) to prevent service is DENIED and plaintiff's motion (Doc. No. 17) for extension is ALLOWED. The deadline for service is extended until June 21, 2024. Failure to complete service on or before June 21, 2024, may result in dismissal of the action

[2]

without further notice from the Court. <u>See</u> Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated: May 16, 2024

[3]